UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VINE CLIFF WINERY, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-04154-JCS<br><br>**ORDER TO FILE DOCUMENTS IN COMPLIANCE WITH RULE 5.2**<br><br>Re: Dkt. Nos. 1, 2, 3 |

At Plaintiffs' counsel's request, the Clerk has sealed Plaintiffs' complaint and two motions to appointment a guardian ad litem for failure to comply with the privacy protections of Rule 5.2(a) of the Federal Rules of Civil Procedure. The Court will not consider those sealed documents. Plaintiffs shall file redacted or amended versions of those documents that comply with Rule 5.2(a) no later than June 11, 2021. If Plaintiffs wish to submit any of the *complete* information governed by that rule, like full names of minors—as opposed to the abbreviated versions, such as initials, that may be filed publicly—they may file an administrative motion to file under seal pursuant to Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: June 4, 2021

JOSEPH C. SPERO
Chief Magistrate Judge