TAD S. SHAPIRO, ESQ. (SBN 096179)
**SHAPIRO, GALVIN, SHAPIRO & MORAN**
640 Third Street, Second Floor
P.O. Box 5589
Santa Rosa, CA  95404-5589
Telephone:   (707) 544-5858
Facsimile:    (707) 544-6702

Attorneys for Plaintiffs:
J.K., and C.K., minors, by and through
their Guardian ad Litem,
Delessia Kincade, and
Delessia Kincade

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K. a minor, C.K., a minor, by and through their Guardian ad Litem, Delessia Kincade and Delessia Kincade, individually, and as successor in interest to Charles Kincade, deceased,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Vine Cliff Winery, Inc. and Thomas Stafford,<br><br>　　　　　　Defendants. | Case No.: 3:21-cv-04154-JCS<br><br>Assigned for All Purposes to:<br>Chief Magistrate Judge: Joseph C. Spero<br><br>**ORDER DISMISSING ACTION**<br><br>Action Filed: June 8, 2021 |

　　　GOOD CAUSE APPEARING THEREFORE, it is hereby ordered the above matter shall be dismissed with prejudice.

Dated: September 12, 2022

_____
UNITED STATES DISTRICT COURT
HONORABLE CHIEF MAGISTRATE,
JUDGE, JOSEPH C. SPERO

1